LAW OFFICES OF
**REINER, SIMPSON & SLAUGHTER**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA  96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Robert G. Simpson, State Bar No. 67556
Todd E. Slaughter, State Bar No. 87753

**HOGAN LAW OFFICE, P.C.**
2017 Morris Ave., Suite 300
Birmingham, AL    35202
(205) 327-5235
FAX (205) 327-5237

R. Ben Hogan, III

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL STACEY WINN, individually and as successor-in-interest to Petra Monika Winn, deceased;<br>KORY MICHAEL WINN, individually and as successor-in-interest to Petra Monika Winn, deceased;<br>BREEONNA WINN, individually and as successor-in-interest to Petra Monika Winn, deceased;<br>ERIKA WINN, individually and as successor-in-interest to Petra Monika Winn, deceased;<br><br>    Plaintiffs,<br><br>vs.<br><br>CHRYSLER GROUP, LLC, a Delaware Corporation;<br>DAIMLER A.G. a German corporation, successor in interest to  DaimlerChrysler Corporation;<br>MAGNA POWERTRAIN, INC.;<br>MAGNA INTERNATIONAL OF AMERICA, INC. also known as Magna Powertrain; | NO. 2:09-CV-2805-MCE-GGH<br><br>**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

GREAT VALLEY CHRYSLER JEEP, an unknown business entity;
ENTERPRISE RENT-A-CAR COMPANY, a California Corporation;
S. J. DENHAM, INC, a California Corporation;
DEBORAH MATISENGLE;
and DOES 1 through 100, inclusive,

    Defendants.
_____/

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

    Upon Plaintiffs' Request for Voluntary Dismissal,

    IT IS ORDERED, that the following claims and causes of action of the First Amended Complaint herein be and hereby are dismissed without prejudice as to Chrysler Group LLC ONLY (and not as to any other defendant, named or DOE): First Cause of Action (Strict Liability); Second Cause of Action (Negligence); Third Cause of Action (Negligence); and Fourth Cause of Action (Breach of Implied Warranty).

DATED: December 10, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE